Diana M. CAMPITELLI, Plaintiff–Appellant,

v.

Hillary Galloway DAVIS; John F. Conwell, Defendants–Appellees.

No. 02–1054.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Diane M. Campitelli, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Diane M. Campitelli seeks to appeal the district court's order denying relief on her 42 U.S.C. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Campitelli v. Davis*, No. CA–01–3739–L (D.Md. Dec. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*